UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

-against-

KIRNA ZABETE, INC., a Delaware corporation, d/b/a KIRNA ZABETE, and 477 EQUITIES CORP., a New York corporation,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2022
```

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 7, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by July 7, 2022. ECF No. 11. These submissions are overdue. Accordingly, by **July 15, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge