```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

-against-

KIRNA ZABETE, INC., a Delaware corporation, d/b/a KIRNA ZABETE, and 477 EQUITIES CORP., a New York corporation,

                Defendants.

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 7, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by July 7, 2022. ECF No. 11. Then, on July 11, 2022, the Court, *sua sponte*, extended the deadline until July 15, 2022. ECF No. 14. These submissions are overdue. Accordingly, by **July 26, 2022**, the parties shall submit their joint letter and proposed case management plan. No further extension shall be granted absent a showing of good cause.

    SO ORDERED.

Dated: July 19, 2022
       New York, New York

                                        ANALISA TORRES
                                United States District Judge