```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

        Plaintiff,

-against-

KIRNA ZABETE, INC., a Delaware corporation, d/b/a KIRNA ZABETE, and LINDEN ASSOCIATES L.P., a New York limited partnership, and CEDAR ASSOCIATES L.P., a New York limited partnership,

        Defendants.

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 7, 2022, the Court granted Defendant Kirna Zabete Inc.'s request for an extension of time to answer Plaintiff's complaint until December 19, 2022, to "consider, negotiate and finalize a settlement." ECF No. 29. That submission is overdue. Accordingly, by **January 3, 2023**, the parties shall submit a joint status letter informing the Court about the status of the settlement, or Defendant, Kirna Zabete, Inc., shall file its answer to Plaintiff's amended complaint.

    SO ORDERED.

Dated: December 20, 2022
       New York, New York

                                                       ANALISA TORRES
                                              United States District Judge