UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

-against-

KIRNA ZABETE, INC., a Delaware corporation, d/b/a KIRNA ZABETE, and LINDEN ASSOCIATES L.P., a New York limited partnership, and CEDAR ASSOCIATES L.P., a New York limited partnership,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2023
```

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 7, 2022, the Court granted Defendant Kirna Zabete Inc.'s request for an extension of time to answer Plaintiff's complaint until December 19, 2022, to "consider, negotiate and finalize a settlement." ECF No. 29. On December 20, 2022, the Court ordered the parties to submit a joint status letter, or Defendant, Kirna Zabete, Inc., to file its answer to Plaintiff's amended complaint, by January 3, 2023. ECF No. 37. That submission is overdue. Accordingly, by **January 11, 2023**, the parties shall submit a joint status letter informing the Court about the status of the settlement.

    SO ORDERED.

Dated: January 4, 2023
       New York, New York

ANALISA TORRES
United States District Judge