```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RICARDO VELASQUEZ,

                        Plaintiff,

        -against-                                       22 Civ. 2913 (AT)

KIRNA ZABETE, INC., a Delaware corporation,             **ORDER**
d/b/a KIRNA ZABETE, and LINDEN
ASSOCIATES L.P., a New York limited
partnership, and CEDAR ASSOCIATES L.P., a
New York limited partnership,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/12/2023_

ANALISA TORRES, District Judge:

On November 7, 2022, the Court granted Defendant Kirna Zabete Inc.'s request for an extension of time to answer Plaintiff's complaint until December 19, 2022, to "consider, negotiate and finalize a settlement." ECF No. 29. On December 20, 2022, the Court ordered the parties to submit a joint status letter, or Defendant, Kirna Zabete, Inc., to file its answer to Plaintiff's amended complaint, by January 3, 2023. ECF No. 37. On January 4, 2023, the Court again ordered the parties to submit a joint status letter. That submission is overdue. Accordingly, by **January 19, 2023**, the parties shall submit a joint status letter informing the court about the status of the settlement. Failure to comply will result in dismissal for failure to prosecute.

SO ORDERED.

Dated: January 12, 2023
       New York, New York

ANALISA TORRES
United States District Judge