```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

               Plaintiff,

-against-

KIRNA ZABETE, INC., a Delaware corporation, d/b/a KIRNA ZABETE, and LINDEN ASSOCIATES L.P., a New York limited partnership, and CEDAR ASSOCIATES L.P., a New York limited partnership,

               Defendants.

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 20, 2023, the Court ordered the parties to submit a joint status letter by February 13, 2023. ECF No. 41. That submission is overdue. Accordingly, by **February 21, 2023**, the parties shall submit a joint status letter informing the court about the status of the settlement. Failure to comply will result in dismissal for failure to prosecute.

    SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                        ANALISA TORRES
                                United States District Judge