# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2023

February 22, 2023

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

        Re:    Velasquez v. Kirna Zabete, Inc. et al.
               Case 1:22-cv-02913-AT

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned matter. The parties are directed to submit a joint status letter informing the court about the status of the settlement.

    The undersigned has not been able to reach the Landlord Defendant's counsel, by email or by phone, in order to confer regarding any updated information as to their current negotiations and status of substitute counsel for Tenant.

    Therefore, the undersigned respectfully requests an extension of two (2) days from today to file the parties' joint status letter to allow the parties adequate time to confer and draft the status letter on any updated information in this matter.

    Thank you for your consideration of this request.

                                Sincerely,

                                By: /S/   B. Bradley Weitz

GRANTED.  By **February 24, 2023**, the parties shall file a joint status letter.

SO ORDERED.

Dated: February 23, 2023
       New York, New York

                                ANALISA TORRES
                       United States District Judge