```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RICARDO VELASQUEZ,

                        Plaintiff,

        -against-

KIRNA ZABETE, INC., a Delaware corporation,
d/b/a KIRNA ZABETE, and LINDEN
ASSOCIATES L.P., a New York limited
partnership, and CEDAR ASSOCIATES L.P., a
New York limited partnership,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/28/2023_

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 27, 2023, the Court ordered Defendant Kirna Zabete, Inc. to retain new counsel, and for new counsel to file a notice of appearance by March 27, 2023. ECF No. 48. That deadline has passed. Accordingly, by **April 11, 2023**, Defendant Kirna Zabete, Inc.'s new counsel shall file a notice of appearance in this matter, or the parties shall file a joint status letter advising the Court as to the continuation of this action.

      SO ORDERED.

Dated: March 28, 2023
       New York, New York

*(signature)*
ANALISA TORRES
United States District Judge