UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

-against-

KIRNA ZABETE, INC., a Delaware corporation, d/b/a KIRNA ZABETE, and LINDEN ASSOCIATES L.P., a New York limited partnership, and CEDAR ASSOCIATES L.P., a New York limited partnership,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/12/2023__

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 29, 2022, Plaintiff, Ricardo Velasquez, filed an amended complaint. To date, Defendants Linden Associates L.P. and Cedar Associates L.P. have not appeared in this action. Accordingly, by **April 26, 2023**, Plaintiff shall advise the Court of his intention with respect to the continuation of this action.

    SO ORDERED.

Dated: April 12, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge