UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                    Plaintiff,

-against-

KIRNA ZABETE, INC., a Delaware corporation, d/b/a KIRNA ZABETE, and LINDEN ASSOCIATES L.P., a New York limited partnership, and CEDAR ASSOCIATES L.P., a New York limited partnership,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/5/2023_

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 29, 2022, Plaintiff, Ricardo Velasquez, filed an amended complaint. To date, Defendants Linden Associates L.P. and Cedar Associates L.P. have not appeared in this action. The Court has repeatedly requested status updates, and Plaintiff has failed to materially advance this litigation. *See, e.g.*, ECF Nos. 37–39, 41, 44, 46, 49, 51, 53. Accordingly, by **July 19, 2023**, Plaintiff shall advise the Court about his intentions with respect to the continuation of this action. Plaintiff is advised that failure to respond to the Court's orders or to advance this litigation will result in a dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See* ECF Nos. 39, 44.

    SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                                      ANALISA TORRES
                                       United States District Judge