```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/20/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

               Plaintiff,

-against-

KIRNA ZABETE, INC., a Delaware corporation, d/b/a KIRNA ZABETE, and LINDEN ASSOCIATES L.P., a New York limited partnership, and CEDAR ASSOCIATES L.P., a New York limited partnership,

               Defendants.

22 Civ. 2913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated July 19, 2023. ECF No. 56. Accordingly, Plaintiff's request to set a scheduling order is GRANTED. By **August 3, 2023**, the parties shall submit their joint letter and proposed case management plan. *See* ECF No. 9. No further extension shall be granted absent a showing of good cause. *See* ECF No. 15. Further, by **August 3, 2023**, Plaintiff shall advise the Court of his intentions with respect to Defendants Linden Associates L.P. and Cedar Associates L.P.

    SO ORDERED.

Dated: July 20, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge