UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>KIRNA ZABETE, INC. et al.,<br><br>                    Defendants. | 22-CV-2913 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the conference scheduled for February 6, 2024, at 11:00 a.m. ET is rescheduled to **February 6, 2024, at 1:30 p.m. ET.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 973 088 917, followed by the pound (#) sign.

No later than **January 30, 2024**, the parties shall submit a joint status letter. The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

Dated: October 23, 2023
       New York, New York

_____
DALE E. HO
United States District Judge